UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation

    Plaintiff,

v.

MANN-GRANDSTAFF VA MEDICAL CENTER, a government entity,

    Defendant.

NO. 2:14-CV-064-JLQ

**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Notice of Voluntary Dismissal (ECF No. 4) filed by Plaintiff under Fed.R.Civ.P. 41(a)(1)(A) and Local Rule 41.1(a), the Clerk of this court shall enter judgment of dismissal of the Complaint (ECF No. 1) and the claims therein without prejudice.

IT IS SO ORDERED. The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and CLOSE this file.

DATED this 31st day of March 2014.

        s/ Justin L. Quackenbush
        JUSTIN L. QUACKENBUSH
   SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1